# EXHIBIT 1

## Affirmation of Service

**State of New York**          County of New York          **Supreme Court**

Index Number: 165814/2025
Date Filed: 12/5/2025

Plaintiff: **DEBRA GREGORY, an individual,**
vs.
Defendant: **L'ORÉAL USA, INC., et al.**

For:
Morgan & Morgan
201 N Franklin St, 7th Floor,
Tampa, FL 33602

Received by Nicoletti & Harris to be served on **BRISTOL-MYERS SQUIBB c/o CT Corporation System, 28 Liberty St, New York, NY 10005**.

I, Alex Colon, do hereby affirm that on the **30th day of December, 2025** at **1:51 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons with Notice and Verified Complaint** with the date and hour of service endorsed thereon by me, to: **Joseph McCabe** as **Intake Specialist/ Authorized to Accept** for **BRISTOL-MYERS SQUIBB**, at the address of: **28 Liberty St, 42nd Floor, New York, NY 10005**, and informed said person of the contents therein, in compliance with state statutes.

The entity served was known to be the corporation described in the papers. The title of the individual named above was known. I inquired whether the individual was authorized to accept service, received an affirmative response, and served the papers accordingly

Said documents were conformed with index number and date of filing endorsed thereon.

**Perceived Description** of Person Served: Age: 35, Gender: M, Race: White, Height: 5'9", Weight: 200, Hair: Blonde, Glasses: Y

I certify that I am over the age of 18 and have no interest in the above action.

I affirm this ___30___ day of ___December___, ___2025___, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
**Alex Colon**
2119478

Nicoletti & Harris
**101 Avenue of the Americas
9th floor
New York, NY 10013**
(212) 267-6448

Our Job Serial Number: NHI-2025032074
Ref: 16997681



## Affirmation of Service

**State of New York**      **County of New York**      **Supreme Court**

Index Number: 165814/2025
Date Filed: 12/5/2025

Plaintiff: **DEBRA GREGORY, an individual,**
vs.
Defendant: **L'ORÉAL USA, INC., et al.**

For:
Morgan & Morgan
201 N Franklin St, 7th Floor,
Tampa, FL 33602

Received by Nicoletti & Harris to be served on **PROCTER & GAMBLE HAIR CARE, LLC c/o CT Corporation System, 28 Liberty St, New York, NY 10005**.

I, Alex Colon, do hereby affirm that on the **30th day of December, 2025** at **1:51 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons with Notice and Verified Complaint** with the date and hour of service endorsed thereon by me, to: **Joseph McCabe** as **Intake Specialist/ Authorized to Accept** for **PROCTER & GAMBLE HAIR CARE, LLC**, at the address of: **28 Liberty St, 42nd Floor, New York, NY 10005**, and informed said person of the contents therein, in compliance with state statutes.

The entity served was known to be the corporation described in the papers. The title of the individual named above was known. I inquired whether the individual was authorized to accept service, received an affirmative response, and served the papers accordingly

Said documents were conformed with index number and date of filing endorsed thereon.

**Perceived Description** of Person Served: Age: 35, Gender: M, Race: White, Height: 5'9", Weight: 200, Hair: Blonde, Glasses: Y

I certify that I am over the age of 18 and have no interest in the above action.

I affirm this ___30___ day of ___December___, ___2025___, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
**Alex Colon**
2119478

Nicoletti & Harris
**101 Avenue of the Americas
9th floor
New York, NY 10013**
(212) 267-6448

Our Job Serial Number: NHI-2025032075
Ref: 16997681

1 of 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------Index No. 165814/2025

DEBRA GREGORY, an individual,

        Plaintiff(s),

 -against-

JOHN PAUL MITCHELL SYSTEMS, et al.,

        Defendant(s).

------------------------------------------------------------------X

I, William Besco, of the State of Delaware, County of New Castle, being duly sworn, says that on the 31st day of December 2025 at 9:20 a.m., I personally served a copy of a SUMMONS WITH NOTICE and VERIFIED COMPLAINT with supporting documents on **KOA USA, Inc,** by serving the registered agent, Corporation Service Company at 251 Little Falls Drive, Wilmington, DE 19808.

Name of individual accepting service: Lynanne Gares – Authorized to Accept as Litigation Management Services Leader
Description of individual: Caucasian female, 45-50 yrs. old, 150 lbs., 5'5" with brown hair.

_____
William Besco

Subscribed and sworn before me
this 31st day of December 2025

_____
Notary Public

LISA M. JOYNER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 20, 2028

My commission expires: _____

1 of 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------
Index No. 165814/2025

DEBRA GREGORY, an individual,

        Plaintiff(s),

  -against-

JOHN PAUL MITCHELL SYSTEMS, et al.,

        Defendant(s).

------------------------------------------------------------------X

I, William Besco, of the State of Delaware, County of New Castle, being duly sworn, says that on the 31st day of December 2025 at 9:30 a.m., I personally served a copy of a SUMMONS WITH NOTICE and VERIFIED COMPLAINT with supporting documents on **Kohlberg Kravis Robert & Co.**, by serving the registered agent, Maples Fiduciary Services (Delaware) Inc, 4001 Kennett Pike, Suite 302, Wilmington DE 19807.

Name of individual accepting service: Renee Haggerty – Authorized to Accept. Description of individual: Caucasian female, 50-55 yrs. old, 180 lbs., 5'8" with brown hair.

                                                        _____
                                                              William Besco

Subscribed and sworn before me
this 31st day of December 2025

_____
Notary Public

> LISA M. JOYNER
> NOTARY PUBLIC
> STATE OF DELAWARE
> My Commission Expires May 20, 2028

My commission expires: _____

1 of 1

# AFFIDAVIT OF SERVICE

**State of New York**  **County of New York**  **Supreme Court**

Index Number: 165814/2025
Date Filed: 12/5/2025

Plaintiff: **DEBRA GREGORY, an individual,**
vs.
Defendant: **L'ORÉAL USA, INC., et al.**

For: Morgan & Morgan

Received by Nicoletti & Harris to be served on **FRAMKAT L.P. d/b/a FRAMESI NORTH AMERICA c/o Registered Agent, 400 Chess Street, Coraopolis, PA 15108**. I, _Kenneth Kearney_, being duly sworn, depose and say that on the __2__ day of _January_, 20_26_ at _11:14_ A.m., executed service by delivering a true copy of the **Summons with Notice and Verified Complaint** in accordance with state statutes in the manner marked below:

(X) CORPORATE SERVICE: By serving _Dennis Katawczik_ as _President Authorized To Accept_. The entity served was known to be the corporation described in the papers. The title of the individual named above was known. I inquired whether the individual was authorized to accept service, received an affirmative response, and served the papers accordingly.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.
COMMENTS: _Served @ 507 Avenue A Leetsdale Pa_

Age _65/70_  Gender (M) F  Race _W_  Height _5-9_  Weight _200_  Hair _white_
Glasses Y (N)

I certify that I am over the age of 18 and have no interest in the above action.

_Kenneth Kearney_
PROCESS SERVER # _____
Appointed in accordance with State Statutes

State of _Pennsylvania_ }
County of _Allegheny_ }

Subscribed and Sworn to before me on the _2_ day of _January_, 20_26_ by the affiant who is personally known to me.

_[signature]_
NOTARY PUBLIC

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: 2025032105
Ref: 16997681

Commonwealth of Pennsylvania - Notary Seal
Anthony-Jordan Nguyen, Notary Public
Allegheny County
My commission expires November 23, 2026
Commission number 1429547
Member, Pennsylvania Association of Notaries



## AFFIDAVIT OF SERVICE

**State of New York**   **County of New York**   **Supreme Court**

Index Number: 165814/2025
Date Filed: 12/5/2025

Plaintiff: **DEBRA GREGORY, an individual,**
vs.
Defendant: **L'ORÉAL USA, INC., et al.**

For: Morgan & Morgan

Received by Nicoletti & Harris to be served on **FT PITT FRAMESI, LTD. c/o Registered Agent, 400 Chess Street, Coraopolis, PA 15108**. I, Kenneth Kearney, being duly sworn, depose and say that on the 2 day of January, 2026 at 11:14 a.m., executed service by delivering a true copy of the **Summons with Notice and Verified Complaint** in accordance with state statutes in the manner marked below:

(X) CORPORATE SERVICE: By serving Dennis Katawczik as President Authorized to Accept. The entity served was known to be the corporation described in the papers. The title of the individual named above was known. I inquired whether the individual was authorized to accept service, received an affirmative response, and served the papers accordingly.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.
COMMENTS: Served @ 507 Avenue A Leetsdale PA

Age 69/70   Gender M F   Race W   Height 5-9   Weight 200   Hair White
Glasses Y N

I certify that I am over the age of 18 and have no interest in the above action.

State of Pennsylvania
County of Allegheny

Subscribed and Sworn to before me on the 2 day of January, 26 by the affiant who is personally known to me.

NOTARY PUBLIC

Kenneth Kearney
PROCESS SERVER #
Appointed in accordance with State Statutes

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: 2025032106
Ref: 16997681

Commonwealth of Pennsylvania - Notary Seal
Anthony-Jordan Nguyen, Notary Public
Allegheny County
My commission expires November 23, 2026
Commission number 1429547
Member, Pennsylvania Association of Notaries



1 of 1

NYSCEF DOC. NO. 16

INDEX NO. 165814/2025
RECEIVED NYSCEF: 01/06/2026

Case 1:25-cv-10298-NRB    Document 14-1    Filed 01/09/26    Page 8 of 20

STATE OF NEW YORK     SUPREME COURT NEW YORK COUNTY
DOCUMENTS SERVED WITH INDEX#: 165814/2025    AND FILED ON    12/5/2025

DEBRA GREGORY, AN INDIVIDUAL

Vs.

L'OREAL USA, INC., ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 12/31/2025 at 10:21AM, deponent did serve the within process as follows:

Process Served: SUMMONS WITH NOTICE AND VERIFIED COMPLAINT (herein called recipient) therein named.

Party Served: COSMOPROF SERVICES USA, LLC
C/O CORPORATE CREATIONS NETWORK, INC.

At Location: 600 MAMARONECK AVENUE #400
HARRISON NY 10528

By delivering to and leaving with KATE DILORENZO and that deponent knew the person so served to be the GENERAL MANAGER on behalf of the Corporation/Government Agency/Entity. The deponent inquired if that individual was authorized to accept service and received an affirmative response.

The Process Server's perception of the description of the person served is as follows:

| | | | |
|---|---|---|---|
| Gender | FM | Race WH | Color of Hair BROWN |
| Age | 35/45 | Height 5'4" | |
| Weight | 125 | Other Features | |

Sworn to before me on 12/31/2025

*[Signature: Gail Williams]*

GAIL WILLIAMS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01WI4665052
Qualified in Westchester County
Commission Expires 9/30/2026

*[Signature: Alinn Guzman]*

Alinn Guzman
Server's License#: n/a

Job # 126555
NICOLETTI & HARRIS INC.

1 of 1

STATE OF NEW YORK        SUPREME COURT NEW YORK COUNTY
DOCUMENTS SERVED WITH INDEX#: 165814/2025        AND FILED ON        12/5/2025

DEBRA GREGORY, AN INDIVIDUAL                                        Plaintiff(s)/Petitioner(s)

                                    Vs.

L'OREAL USA, INC., ET AL                                            Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                    )
                                                      ) SS
COUNTY OF WESTCHESTER                                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __12/31/2025__ at __10:21AM__, deponent did serve the within process as follows:

Process Served:  SUMMONS WITH NOTICE AND VERIFIED COMPLAINT

(herein called recipient) therein named.

Party Served:  GOLDWELL NEW YORK

At Location:  C/O CORPORATE CREATIONS NETWORK, INC.
              600 MAMARONECK AVENUE #400
              HARRISON NY 10528

By delivering to and leaving with __KATE DILORENZO__ and that deponent knew the person so served to be the __GENERAL MANAGER__

on behalf of the Corporation/Government Agency/Entity. The deponent inquired if that individual was authorized to accept service and received an affirmative response.

The Process Server's perception of the description of the person served is as follows:

Gender   FM          Race   WH          Color of Hair   BROWN
Age      35/45       Height 5'4"
Weight   125         Other Features

Sworn to before me on __12/31/2025__

_[signature: Gail Williams]_

Alinn Guzman
Server's License#: n/a

GAIL WILLIAMS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01WI4665052
Qualified in Westchester County
Commission Expires 9/30/2026

Job # 126554
NICOLETTI & HARRIS INC.

1 of 1

STATE OF NEW YORK  SUPREME COURT NEW YORK COUNTY
DOCUMENTS SERVED WITH INDEX#: 165814/2025  AND FILED ON  12/5/2025

DEBRA GREGORY, AN INDIVIDUAL                                   Plaintiff(s)/Petitioner(s)

Vs.

L'OREAL USA, INC., ET AL                                       Defendant(s)/Respondent(s)

STATE OF: NEW YORK                          )
                                             ) SS
COUNTY OF WESTCHESTER                        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On **12/31/2025** at **10:21AM**, deponent did serve the within process as follows:

Process Served: SUMMONS WITH NOTICE AND VERIFIED COMPLAINT

(herein called recipient) therein named.

Party Served: SALLY BEAUTY HOLDINGS, INC.
C/O CORPORATE CREATIONS NETWORK, INC.

At Location: 600 MAMARONECK AVENUE #400
HARRISON NY 10528

By delivering to and leaving with **KATE DILORENZO** and that deponent knew the person so served to be the **GENERAL MANAGER**

on behalf of the Corporation/Government Agency/Entity. The deponent inquired if that individual was authorized to accept service and received an affirmative response.

The Process Server's perception of the description of the person served is as follows:

Gender  FM         Race  WH          Color of Hair  BROWN
Age     35/45      Height  5'4"
Weight  125        Other Features

Sworn to before me on 12/31/2025

Alinn Guzman
Server's License#: n/a

GAIL WILLIAMS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01WI4665052
Qualified in Westchester County
Commission Expires 9/30/2026

Job # 126556
NICOLETTI & HARRIS INC.

1 of 1

# AFFIRMATION OF SERVICE

State of New York          County of New York          Supreme Court

Index Number: 165814/2025
Date Filed: 12/5/2025

Plaintiff:
**DEBRA GREGORY, an individual,**

vs.

Defendant:
**L'ORÉAL USA, INC., et al.**

For:
Morgan & Morgan
201 N Franklin St, 7th Floor,
Tampa, FL 33602

Received by Nicoletti & Harris to be served on **CLAIROL, c/o Corporation Service Company, 80 State Street, Albany, NY 12207**.

I, Dylan Jones, do hereby affirm that on the **31st day of December, 2025** at **2:30 pm**, I:

served a **REGISTERED AGENT** by delivering a true copy of the **Summons with Notice and Verified Complaint** to: **Minard Carkner**, Authorized to Accept Service, as **Litigation Management Sepcialist** of **Corporation Service Company, Registered Agent**, at the address of: **c/o Corporation Service Company, 80 State Street, Albany, NY 12207** on behalf of **CLAIROL**

Said documents were conformed with index number and date of filing endorsed thereon.

**Description** of Person Served: Age: 39, Sex: M, Race/Skin Color: White, Height: 6'0", Weight: 220, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action.

I affirm on _____1/5/26_____, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
Dylan Jones
Process Server

Nicoletti & Harris
101 Avenue Of The Americas
9th Floor
New York, NY 10013

Our Job Serial Number: NHI-2025032154
Ref: 16997681

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b



1 of 1

## AFFIRMATION OF SERVICE

State of New York        County of New York        Supreme Court

Index Number: 165814/2025
Date Filed: 12/5/2025

Plaintiff:
**DEBRA GREGORY, an individual,**

vs.

Defendant:
**L'ORÉAL USA, INC., et al.**

For:
Morgan & Morgan
201 N Franklin St, 7th Floor,
Tampa, FL 33602

Received by Nicoletti & Harris to be served on **COTY, INC., c/o Corporation Service Company, 80 State Street, Albany, NY 12207.**

I, Dylan Jones, do hereby affirm that on the **31st day of December, 2025** at **2:30 pm**, I:

served a **REGISTERED AGENT** by delivering a true copy of the **Summons with Notice and Verified Complaint** to: **Minard Carkner**, Authorized to Accept Service, as **Litigation Management Sepcialist** of **Corporation Service Company, Registered Agent**, at the address of: **c/o Corporation Service Company, 80 State Street, Albany, NY 12207** on behalf of **COTY, INC.**

Said documents were conformed with index number and date of filing endorsed thereon.

**Description** of Person Served: Age: 39, Sex: M, Race/Skin Color: White, Height: 6'0", Weight: 220, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action.

I affirm on ____1/5/26____, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
Dylan Jones
Process Server

Nicoletti & Harris
101 Avenue Of The Americas
9th Floor
New York, NY 10013

Our Job Serial Number: NHI-2025032150
Ref: 16997681

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b

1 of 1

## AFFIRMATION OF SERVICE

State of New York        County of New York        Supreme Court

Index Number: 165814/2025
Date Filed: 12/5/2025

Plaintiff:
**DEBRA GREGORY, an individual,**

vs.

Defendant:
**L'ORÉAL USA, INC., et al.**

For:
Morgan & Morgan
201 N Franklin St, 7th Floor,
Tampa, FL 33602

Received by Nicoletti & Harris to be served on **HENKEL a/k/a HENKEL AG & Co. KGaA, c/o Corporation Service Company, 80 State Street, Albany, NY 12207.**

I, Dylan Jones, do hereby affirm that on the **31st day of December, 2025** at **2:30 pm**, I:

served a **REGISTERED AGENT** by delivering a true copy of the **Summons with Notice and Verified Complaint** to: **Minard Carkner**, Authorized to Accept Service, as **Litigation Management Sepcialist** of **Corporation Service Company, Registered Agent**, at the address of: **c/o Corporation Service Company, 80 State Street, Albany, NY 12207** on behalf of **HENKEL a/k/a HENKEL AG & Co. KGaA**

Said documents were conformed with index number and date of filing endorsed thereon.

**Description** of Person Served: Age: 39, Sex: M, Race/Skin Color: White, Height: 6'0", Weight: 220, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action.

I affirm on _____1/5/26_____, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_Dylan Jones_
Dylan Jones
Process Server

Nicoletti & Harris
101 Avenue Of The Americas
9th Floor
New York, NY 10013

Our Job Serial Number: NHI-2025032151
Ref: 16997681

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b



## AFFIRMATION OF SERVICE

**State of New York**  **County of New York**  **Supreme Court**

Index Number: 165814/2025
Date Filed: 12/5/2025

Plaintiff:
**DEBRA GREGORY, an individual,**

vs.

Defendant:
**L'ORÉAL USA, INC., et al.**

For:
Morgan & Morgan
201 N Franklin St, 7th Floor,
Tampa, FL 33602

Received by Nicoletti & Harris to be served on **L'ORÉAL USA, INC., c/o Corporation Service Company, 80 State Street, Albany, NY 12207.**

I, Dylan Jones, do hereby affirm that on the **31st day of December, 2025** at **2:30 pm**, I:

served a **REGISTERED AGENT** by delivering a true copy of the **Summons with Notice and Verified Complaint** to: **Minard Carkner**, Authorized to Accept Service, as **Litigation Management Sepcialist** of **Corporation Service Company, Registered Agent**, at the address of: **c/o Corporation Service Company, 80 State Street, Albany, NY 12207** on behalf of **L'ORÉAL USA, INC.**

Said documents were conformed with index number and date of filing endorsed thereon.

**Description** of Person Served: Age: 39, Sex: M, Race/Skin Color: White, Height: 6'0", Weight: 220, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action.

I affirm on _____1/5/26_____, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Dylan Jones
Process Server

Nicoletti & Harris
101 Avenue Of The Americas
9th Floor
New York, NY 10013

Our Job Serial Number: NHI-2025032146
Ref: 16997681

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b

1 of 1



# AFFIRMATION OF SERVICE

State of New York          County of New York          Supreme Court

Index Number: 165814/2025
Date Filed: 12/5/2025

Plaintiff:
**DEBRA GREGORY, an individual,**

vs.

Defendant:
**L'ORÉAL USA, INC., et al.**

For:
Morgan & Morgan
201 N Franklin St, 7th Floor,
Tampa, FL 33602

Received by Nicoletti & Harris to be served on **L'ORÉAL USA PRODUCTS, INC., c/o Corporation Service Company, 80 State Street, Albany, NY 12207.**

I, Dylan Jones, do hereby affirm that on the **31st day of December, 2025** at **2:30 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons with Notice and Verified Complaint** to: **Minard Carkner**, Authorized to Accept Service, as **Litigation Management Sepcialist** of **Corporation Service Company, Registered Agent,** at the address of: **c/o Corporation Service Company, 80 State Street, Albany, NY 12207** on behalf of **L'ORÉAL USA PRODUCTS, INC.**

Said documents were conformed with index number and date of filing endorsed thereon.

**Description** of Person Served: Age: 39, Sex: M, Race/Skin Color: White, Height: 6'0", Weight: 220, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action.

I affirm on ____1/5/26____, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_Dylan Jones_
Dylan Jones
Process Server

Nicoletti & Harris
101 Avenue Of The Americas
9th Floor
New York, NY 10013

Our Job Serial Number: NHI-2025032147
Ref: 16997681

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b



1 of 1

## AFFIRMATION OF SERVICE

State of New York      County of New York      Supreme Court

Index Number: 165814/2025
Date Filed: 12/5/2025

Plaintiff:
**DEBRA GREGORY, an individual,**

vs.

Defendant:
**L'ORÉAL USA, INC., et al.**

For:
Morgan & Morgan
201 N Franklin St, 7th Floor,
Tampa, FL 33602

Received by Nicoletti & Harris to be served on **PRAVANA, c/o Corporation Service Company, 80 State Street, Albany, NY 12207.**

I, Dylan Jones, do hereby affirm that on the **31st day of December, 2025 at 2:30 pm**, I:

served a **REGISTERED AGENT** by delivering a true copy of the **Summons with Notice and Verified Complaint** to: **Minard Carkner**, Authorized to Accept Service, as **Litigation Management Sepcialist** of **Corporation Service Company, Registered Agent,** at the address of: **c/o Corporation Service Company, 80 State Street, Albany, NY 12207** on behalf of **PRAVANA**

Said documents were conformed with index number and date of filing endorsed thereon.

**Description** of Person Served: Age: 39, Sex: M, Race/Skin Color: White, Height: 6'0", Weight: 220, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action.

I affirm on _____1/5/26_____, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
Dylan Jones
Process Server

Nicoletti & Harris
101 Avenue Of The Americas
9th Floor
New York, NY 10013

Our Job Serial Number: NHI-2025032153
Ref: 16997681

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b



## AFFIRMATION OF SERVICE

State of New York      County of New York      Supreme Court

Index Number: 165814/2025
Date Filed: 12/5/2025

Plaintiff:
**DEBRA GREGORY, an individual,**

vs.

Defendant:
**L'ORÉAL USA, INC., et al.**

For:
Morgan & Morgan
201 N Franklin St, 7th Floor,
Tampa, FL 33602

Received by Nicoletti & Harris to be served on **SCHWARZKOPF, c/o Corporation Service Company, 80 State Street, Albany, NY 12207.**

I, Dylan Jones, do hereby affirm that on the **31st day of December, 2025 at 2:30 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons with Notice and Verified Complaint** to: **Minard Carkner**, Authorized to Accept Service, as **Litigation Management Sepcialist** of **Corporation Service Company, Registered Agent,** at the address of: **c/o Corporation Service Company, 80 State Street, Albany, NY 12207** on behalf of **SCHWARZKOPF**.

Said documents were conformed with index number and date of filing endorsed thereon.

**Description** of Person Served: Age: 39, Sex: M, Race/Skin Color: White, Height: 6'0", Weight: 220, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action.

I affirm on \_\_\_\_\_1/5/26\_\_\_\_\_, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Dylan Jones
Dylan Jones
Process Server

**Nicoletti & Harris**
101 Avenue Of The Americas
9th Floor
New York, NY 10013

Our Job Serial Number: NHI-2025032152
Ref: 16997681

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b



## AFFIRMATION OF SERVICE

State of New York        County of New York        Supreme Court

Index Number: 165814/2025
Date Filed: 12/5/2025

Plaintiff:
**DEBRA GREGORY, an individual,**

vs.

Defendant:
**L'ORÉAL USA, INC., et al.**

For:
Morgan & Morgan
201 N Franklin St, 7th Floor,
Tampa, FL 33602

Received by Nicoletti & Harris to be served on **WELLA OPERATIONS US, LLC, c/o Corporation Service Company, 80 State Street, Albany, NY 12207**.

I, Dylan Jones, do hereby affirm that on the **31st day of December, 2025** at **2:30 pm**, I:

served a **REGISTERED AGENT** by delivering a true copy of the **Summons with Notice and Verified Complaint** to: **Minard Carkner**, Authorized to Accept Service, as **Litigation Management Sepcialist** of **Corporation Service Company, Registered Agent,** at the address of: **c/o Corporation Service Company, 80 State Street, Albany, NY 12207** on behalf of **WELLA OPERATIONS US, LLC**

Said documents were conformed with index number and date of filing endorsed thereon.

**Description** of Person Served: Age: 39, Sex: M, Race/Skin Color: White, Height: 6'0", Weight: 220, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action.

I affirm on ___1/5/26___, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_Dylan Jones_
Dylan Jones
Process Server

Nicoletti & Harris
101 Avenue Of The Americas
9th Floor
New York, NY 10013

Our Job Serial Number: NHI-2025032149
Ref: 16997681

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b



## AFFIRMATION OF SERVICE

State of New York        County of New York        Supreme Court

Index Number: 165814/2025
Date Filed: 12/5/2025

Plaintiff:
**DEBRA GREGORY, an individual,**

vs.

Defendant:
**L'ORÉAL USA, INC., et al.**

For:
Morgan & Morgan
201 N Franklin St, 7th Floor,
Tampa, FL 33602

Received by Nicoletti & Harris to be served on **WELLA PROFESSIONALS, c/o Corporation Service Company, 80 State Street, Albany, NY 12207.**

I, Dylan Jones, do hereby affirm that on the **31st day of December, 2025** at **2:30 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons with Notice and Verified Complaint** to: **Minard Carkner**, Authorized to Accept Service, as **Litigation Management Sepcialist** of **Corporation Service Company, Registered Agent**, at the address of: **c/o Corporation Service Company, 80 State Street, Albany, NY 12207** on behalf of **WELLA PROFESSIONALS**

Said documents were conformed with index number and date of filing endorsed thereon.

**Description** of Person Served: Age: 39, Sex: M, Race/Skin Color: White, Height: 6'0", Weight: 220, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action.

I affirm on _____1/5/26_____, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_Dylan Jones_
Dylan Jones
Process Server

Nicoletti & Harris
101 Avenue Of The Americas
9th Floor
New York, NY 10013

Our Job Serial Number: NHI-2025032148
Ref: 16997681

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b



1 of 1

## AFFIDAVIT OF SERVICE

State of New York        County of New York        Supreme Court

Index Number: 165814/2025
Date Filed: 12/5/2025

Plaintiff:
**DEBRA GREGORY, an individual,**

vs.

Defendant:
**L'ORÉAL USA, INC., et al.**

For:
Morgan & Morgan
201 N Franklin St, 7th Floor,
Tampa, FL 33602

Received by NICOLETTI & HARRIS, INC on the 30th day of December, 2025 at 1:59 pm to be served on **GOLDWELL c/o Karen B. Frank, 2535 Spring Grove Avenue, Cincinnati, OH 45214**.

I, Jana Nell, being duly sworn, depose and say that on the **5th day of January, 2026** at **1:04 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons with Notice and Verified Complaint** to: **SETH STONEBRAKER c/o Karen B. Frank** as Authorized to Accept /security representative for **GOLDWELL**, at the address of: **2535 Spring Grove Avenue, Cincinnati, OH 45214**, and informed said person of the contents therein, in compliance with state statutes.

Said documents were conformed with index number and date of filing endorsed thereon.

**Perceived Description** of Person Served: Age: 27, Gender: M, Race: White, Height: 5'9", Weight: 165, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 6th day of January, 2026 by the affiant who is personally known to me.

NOTARY PUBLIC

Leslie Grace Pennington
Notary Public, ID KYNP56361
State at Large, Kentucky
My Commission Expires on Aug. 20, 2026

**Jana Nell**
Process Server
01/06/2026
Date

NICOLETTI & HARRIS, INC
101 AVENUE OF THE AMERICAS
9TH FLOOR
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2025032087
Ref: 16997681

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

1 of 1

Doc ID: df21d8a17e29db0383cd4a12f1503fd3dfca4ff4