**MORGAN & MORGAN**

January 9, 2026

**Via Email: BuchwaldNYSDChambers@nysd.uscourts.gov**
The Honorable Judge Naomi Reice Buchwald
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 21A
 New York, NY 10007-1312

    Re: Debra Gregory v. L'Oréal USA, Inc. et al, 1:25-cv-10298-NRB

Dear Judge Buchwald,

    Pursuant to this Court's Individual Practices, Plaintiff in the above captioned matter submits this letter to the Court outlining her substantive arguments for the Motion submitted contemporaneously.

    Defendants in these seven related cases have removed the cases to federal court, arguing that jurisdiction is proper because the parties are diverse, the amount in controversy requirement is met, and that no defendants who are citizens of New York had been properly served prior to removal. In the above captioned case, there is no dispute that the parties are diverse and that the amount in controversy requirement is met.

    The remaining issue before this Court is whether New York citizens L'Oréal USA, Inc., L'Oréal USA Products, Inc., Coty, Inc., and Kohlberg Kravis Robert & Co. a/k/a KKR & Co., Inc. were properly served before removal. The only basis for Defendants' attack on the propriety of service is that the index number was not listed on the summonses and, consequently, service was invalid. New York courts, however, have held that the mere absence of a case number does not invalidate service of process. *Chira v. Global Med. Review*, *Inc*., 609 N.Y.S.2d 511, 512 (N.Y. Sup. Ct. 1994); *Slutzky v. Aron Estates Corp*., 597 N.Y.S.2d 997, 1002 (N.Y. Sup. Ct. 1993). And because New York citizens were served before the Notice of Removal, the forum defendant rule invalidates removal. *Moronta v. Mecca Transp*., *Inc*., 2025 WL 3482783, at *1 (S.D.N.Y. Dec. 4, 2025). This Court should accordingly grant Plaintiff's motion to remand. *See id*.

Dated January 9, 2026                              Respectfully Submitted,

                                                  By: /s/ Jonathan Sedgh
                                                  Jonathan Sedgh
                                                  MORGAN & MORGAN P.A.
                                                  199 Water St., Suite 1500
                                                  New York, New York 10038
                                                  Phone: (212) 738-6839
                                                      jsedgh@forthepeople.com

                                                     **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

    I hereby certify that counsel for all parties of record have been served with this letter via CM/ECF and via email on January 9, 2026.

                                                          /s/ Jonathan Sedgh
                                                          Jonathan Sedgh